| | | |
|---|---|---|
| PAUL MIANULLI, | * | IN THE |
| 19 Shady Hill Court | * | |
| Baltimore, MD 21228-2429 | * | UNITED STATES |
| | * | |
| v. | * | DISTRICT COURT |
| | * | |
| JOHN E. POTTER, | * | FOR THE |
| POSTMASTER GENERAL, | * | |
| UNITED STATES POSTAL SERVICE | * | DISTRICT OF COLUMBIA |
| | * | |
| Serve on: | * | |
| | * | |
| John E. Potter, Postmaster General | * | |
| United States Postal Service | * | |
| 475 L'Enfant Plaza, SW | * | Case No.: |
| Washington, DC 20260 | * | |
| | * | |
| AND | * | |
| | * | |
| United States Attorneys Office | * | |
| District of Columbia | * | |
| 555 4th Street, NW | * | |
| Washington, DC 20530 | * | |
| | * | |
| AND | * | |
| | * | |
| Office of the Attorney General | * | |
| Department of Justice | * | |
| 10th & Pennsylvania Ave., NW, | * | |
| Washington, DC 20530 | * | |

**************************************************************************

## COMPLAINT

Paul Mianulli, ("Mianulli"), Plaintiff, by and through his attorney, Paul V. Bennett, Esq. and the Law Office of Paul V. Bennett, P.C., sues John E. Potter, Postmaster General, United States Postal Service, (hereinafter "Agency"), and as grounds states as follows:

## JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et

LAW OFFICE
*of*
PAUL V. BENNETT, P.C.
133 Defense Highway
Suite 209
Annapolis, MD 21401
(410) 974-6000

      seq. ("Title VII") and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* ("ADEA").

2. That all of the actions complained of herein took place in the District of Columbia.

3. That Plaintiff is a resident of the State of Maryland.

4. That Defendant is a United States government agency which regularly conducts business in the District of Columbia. The Agency employs 15 or more employees and is an employer within the meaning of Title VII.

5. That Plaintiff timely filed a charge of discrimination against the Agency with the Agency's Equal Employment Office and the United States Equal Employment Opportunity Commission and received a Notice of Right to Sue on or about April 4, 2007. Plaintiff has thus exhausted his administrative remedies prior to filing suit.

## FACTS COMMON TO ALL COUNTS

6. That Plaintiff Mianulli is a Caucasian male.

7. That Defendant is a government agency in the service of postal deliveries.

8. Plaintiff was hired by the Agency in or about October, 2003.

9. That at all times relevant hereto, Plaintiff was employed by Defendant as an EAS-19 "Management Analyst" at the Agency's Mail Equipment Shops in Washington, D.C. Plaintiff's responsibilities included, but were not limited to, management duties in the Mail Equipment Shop.

10. During the period of his employment with the Agency, Plaintiff's performance met or exceeded his employer's reasonable expectations.

11. In February, 2004, Mr. Sam Rogers, African-American male, was assigned as Plaintiff's

LAW OFFICE
*of*
PAUL V. BENNETT, P.C.
133 Defense Highway
Suite 209
Annapolis, MD 21401
(410) 974-6000

new supervisor and was at all time relevant hereto, was acting in the course and scope of his employment as a manager with the United States Postal Service.

12. Shortly thereafter, Plaintiff was informed by Mr. Rogers that his performance was "unacceptable," and was placed on a "work agreement" as a disciplinary measure.

13. The aforementioned work agreement dictated unreasonable deadlines for completion of assignments. Furthermore, Mr. Rogers interfered with Plaintiff's ability to complete his assignments by instructing Plaintiff's subordinates not to assist Plaintiff in the completion of these assignments.

14. On or about March 24, 2004, Plaintiff was terminated from his employment with the Agency without good cause. The motive for terminating Plaintiff's employment was due to his race, color, and age.

## COUNT 1

### RACE AND COLOR DISCRIMINATION AND HARASSMENT
### Title VII of the Civil Rights Act of 1964
### 42 U.S.C. §§ 2000e *et seq.*

15. Plaintiff hereby realleges paragraphs 1 through 14 of this Complaint as though fully set forth herein.

16. Plaintiff was the only employee under Mr. Rogers' supervision subjected to a "work agreement."

17. Plaintiff was singled out, harassed, and eventually terminated due to his race (Caucasian).

18. Plaintiff's position was immediately offered to a younger, less qualified African

LAW OFFICE
*of*
PAUL V. BENNETT, P.C.
133 Defense Highway
Suite 209
Annapolis, MD 21401
(410) 974-6000

Page 3 of 6

American female.

19. That all of the aforementioned acts constitute unlawful employment practices pursuant to Title VII of Civil Rights Act of 1964, 42 U.S.C. §§ 2000 et seq.

20. That the effect of the practices complained of above was to deprive the Plaintiff of equal employment opportunities, treatment, and otherwise adversely affect his employment status because of his race.

21. That the unlawful employment practices complained of above were intentional.

22. That the discriminatory actions of Mr. Rogers as set forth above, has caused and will continue to cause Plaintiff to suffer lost earnings and earning capacity, severe emotional distress, humiliation and mental anguish.

## COUNT II

### AGE DISCRIMINATION
Age Discrimination in Employment Act of 1967, as amended,
29 U.S.C. §§ 621 *et seq.*

23. Plaintiff hereby realleges paragraphs 1 through 22 of this Complaint as though fully set forth herein.

24. That Plaintiff's date of birth is November 21, 1955.

25. Plaintiff would not have been subjected to adverse treatment if not for his age.

26. Plaintiff was placed on a "work agreement" because of his age.

27. Plaintiff's age was a motivating factor behind his termination in March of 2004.

28. Subsequent to Plaintiff's termination, Plaintiff's position was immediately offered to a substantially younger, less qualified African-American female.

LAW OFFICE
*of*
PAUL V. BENNETT, P.C.
133 Defense Highway
Suite 209
Annapolis, MD 21401
(410) 974-6000

Page 4 of 6

## Prayer For Damages

WHEREFORE, Plaintiff Mianulli prays that this Court grant judgment in his favor against the United States Postal Service in the amount of Three Hundred Thousand dollars ($300,000.00) with interest and costs, for reasonable attorney's fees and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

*Paul V. Bennett* (signature)

Paul V. Bennett, Esq.
Law Office of Paul V. Bennett, P.C.
133 Defense Hwy., Suite 209
Annapolis, Maryland 21401
(410) 974-6000
DC Federal Bar No.: 427358

*Attorney for Plaintiff*

LAW OFFICE
*of*
PAUL V. BENNETT, P.C.
133 Defense Highway
Suite 209
Annapolis, MD 21401
(410) 974-6000

Page 5 of 6

| | | |
|---|---|---|
| PAUL MIANULLI, | * | IN THE |
| | * | |
| v. | * | UNITED STATES |
| | * | |
| JOHN E. POTTER, | * | DISTRICT COURT FOR THE |
| POSTMASTER GENERAL, | * | |
| UNITED STATES POSTAL SERVICE | * | DISTRICT OF COLUMBIA |
| | * | |
| | * | Case No.: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Prayer for a Jury Trial

Paul Mianulli, Plaintiff, hereby requests a trial by jury in the above referenced matter.

_____
Paul V. Bennett, Esq.
Law Office of Paul V. Bennett, P.C.
133 Defense Hwy., Suite 209
Annapolis, Maryland 21401
(410) 974-6000
DC Federal Bar No.: 427358

*Attorney for Plaintiff*

LAW OFFICE
*of*
PAUL V. BENNETT, P.C.
133 Defense Highway
Suite 209
Annapolis, MD 21401
(410) 974-6000

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Paul Mianulli

88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
John E. Potter, Postmaster General,
United States Postal Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Paul V. Bennett, Esq.
Law Office of Paul V. Bennett, P.C.
133 Defense Hwy., Suite 209
Annapolis, Maryland 21401    Tel: 410-974-6000

Case: 1:07-cv-01129
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/25/2007
Description: Employ. Discrim.

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
⊙ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*  OR  ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ⦿ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
⦿ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VII of the Civil Rights Act of 1964, 42 U.S.C. Sections 2000e et seq. and the Age Discrimination in Employment Act of 1967, 29 U.S.C. Section 621

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 300000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE June 22, 2007   SIGNATURE OF ATTORNEY OF RECORD  *Paul V. [signature]*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.