## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL MIANULLI,<br>19 Shady Hill Court<br>Baltimore, MD 21228-2429<br><br>         Plaintiff<br>   v.<br><br><br>JOHN E. POTTER,<br>Postmaster General<br>United States Postal Service<br>Washington, D.C. 20001<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1129 (RMC)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Paul V. Bennett, Esq.,** via Electronic Case Filing (ECF).

**Paul V. Bennett, Esq.**
**Law Office of Paul V. Bennett, P.C.**
**133 Defense Hwy., Ste. 209**
**Annapolis, MD 21401**

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851