UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL MIANULLI           ) | |
| )                       | |
| )                       | |
| Plaintiff,              ) | |
| )                       | Civil Action No. 07-1129(RMC) |
| v.                      ) | ECF |
| )                       | |
| JOHN E. POTTER          ) | |
| POSTMASTER GENERAL      ) | |
| UNITED STATES POSTAL SERVICE  ) | |
| )                       | |
| Defendant.              ) | |
| )                       | |

### JOINT REPORT- STATEMENT OF THE CASE

Pursuant to the Court's Order of September 6, 2007, the parties hereby submit their respective statements of the case and the statutory basis for all causes of action and defenses, as follows:

**Plaintiff**

Plaintiff contends that he was wrongfully terminated from his job with the USPS due to his race (Caucasian) and age (51), in violation of Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act.

**Defendant**

The Defendant denies the Plaintiff's allegation that it wrongly terminated him during his probationary period, in violation of Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act, for his protected categories of race, color, and age. The Plaintiff will be unable to establish a *prima facie* case of discrimination because no direct evidence of discrimination exists. He will also be unable to prove his case indirectly, as no

circumstantial evidence exists. Moreover, Plaintiff will be unable to rebut the Defendant's legitimate, non-discriminatory reasons for terminating Plaintiff's employment, *i.e.*, that Plaintiff was terminated for his failure to meet performance expectations, despite numerous efforts by his supervisors to help him succeed or to show by a preponderance of the evidence that discrimination was a motivating factor.

                    Respectfully submitted,

_/s/with authorization_____  
Paul V. Bennet, Esq.  
D.C. Bar # 427358  
133 Defense Highway, Ste. 209  
Annapolis, MD 21401  

*Attorney for Plaintiff*

_____/s/_____  
JEFFREY A. TAYLOR  
D.C. Bar # 488610  
United States Attorney  

_____/s/_____  
RUDOLPH CONTRERAS  
D.C. Bar # 434122  
Assistant United States Attorney  

_____/s/_____  
MERCEDEH MOMENI  
Assistant United States Attorney  
Judiciary Center Building  
555 Fourth Street, N.W.  
Washington, D.C. 20530  
(202) 305-4851  

*Attorneys for Defendant*

Dated: October 16, 2007