**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PAUL MIANULLI, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-1129 (RMC) |
| v. | ) | ECF |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN**
**OPPOSITION TO PLAINTIFF'S MOTION TO AMENDED HIS COMPLAINT**

Defendant, by his undersigned attorneys, hereby respectfully moves for a three-week

extension of time to file his opposition to Plaintiff's motion to amended his complaint (*see* USDC

Pacer Doc. No. 8), through and including February 14, 2008.  Good cause exists to grant this

motion.

1. Defendant's response to Plaintiff's Motion to Amended Complaint is due on January

24, 2008.

2. Defendant requires additional time to prepare and file his Opposition to Plaintiff's

Motion to Amended Complaint primarily due to undersigned counsel's schedule, which has

recently included dispositve motion practice in a multi-agency FOIA/Privacy Act matter,

settlement talks in two separate employment discrimination matters, discovery-related

negotiations in an Administrative Procedures Act/Constitutional depravation case, and emergency

matters duty this past week.

3. Defendant therefore requests three additional weeks to submit his Opposition to the motion.

4. Pursuant to Local Rule 7(m), the parties have conferred and Plaintiff's counsel has graciously consented to this extension.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the filing of his Opposition to the Motion to Amended Complaint be extended to February 14, 2008.  A minute order is requested.

Dated January 22, 2008.

<div style="margin-left:40%">

Respectfully submitted,

/s/

_____
JEFFREY A. TAYLOR D.C. BAR # 498610
United States Attorney

/s/

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851

</div>

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January 2008, I caused to be served, a true and correct copy of the above Defendant's Motion to Extend, upon Plaintiff's counsel via the Court's ECF system.


/s/

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW, Room E4208
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)