UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL MIANULLI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL, )<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1129 (RMC)<br>ECF |

### JOINT MOTION FOR AN AMENDED SCHEDULING ORDER

The parties, by their undersigned attorneys, hereby respectfully move for an amended scheduling order. The need for the revised order arises from plaintiff's recently filed Motion to Amended Complaint (*see* USDC Pacer Doc. No. 8), and defendant's request for extension of time to respond to said motion (*see* Doc. No. 9). Good cause exists to grant this motion. *See* Fed. R. Civ. P. 16(b). In support of this motion, the parties say as follows:

1. By Order dated October 24, 2007, the Court set the following deadlines:

   • Fact discovery completed by April 24, 2008, (*see* Doc. No. 7 ¶ 7);

   • Post-discovery status conference scheduled for April 29, 2008, (*see id.* ¶ 10), and;

   • Designation of experts by plaintiff and defendant be made by July 24, 2008; (*see id.* ¶ 3).

2. No post-discovery dispositive motions deadlines were set by the Court. *See id.*, generally.

3. The parties will be unable to meet the three deadlines set forth above in paragraph one, until such time that they have fully briefed the issues raised by plaintiff in his motion to amend his complaint and the Court has had an opportunity to render its decision on said motion, identifying the issues to be explored during discovery.

4. The parties therefore request that the above-referenced deadlines be postponed for 90 days after the Court has rendered a decision on plaintiff's motion to amend his complaint and approve the parties' request for a dispositive motions briefing schedule, as set forth in their Rule 16.3 Report (*see* Doc. No. 5, ¶ 6).

WHEREFORE, the parties request that this motion be granted, and that the Court approve the attached proposed order.

Respectfully submitted,

_/s/with authorization_____  
Paul V. Bennet, Esq.  
D.C. Bar # 427358  
133 Defense Highway, Ste. 209  
Annapolis, MD 21401  
*Attorney for Plaintiff*

_____/s/_____  
JEFFREY A. TAYLOR  
D.C. Bar # 488610  
United States Attorney

_____/s/_____  
RUDOLPH CONTRERAS  
D.C. Bar # 434122  
Assistant United States Attorney

_____/s/_____  
MERCEDEH MOMENI  
Assistant United States Attorney  
555 Fourth Street, N.W.  
Washington, D.C. 20530  
(202) 305-4851  
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAUL MIANULLI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-1129(RMC) |
| v. | ) | ECF |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

UPON CONSIDERATION of the parties' Motion for an Amended Scheduling Order and their Report Pursuant to Rule 16.3 it is hereby this _____, day of _____, 2008

**ORDERED** that:

1. Fact discovery be completed no later than 90 days after the Court renders a decision on Plaintiff's Motion to Amend Complaint;

2. That a post-discovery status conference be approximately held one week after the close of discovery, date to be announced;

3. The deadline for designation of experts shall be 90 days after the close of fact discovery;

4. That dispositive motions shall be due within thirty days after the close of fact discovery; oppositions and cross motions shall be due within 30 days of any dispositive motions; and replies shall be due within 20 days thereafter.

**SO ORDERED.**

                                                                 ROSEMARY M. COLLYER
                                                                 UNITED STATES DISTRICT JUDGE

Copies to:

Paul V. Bennett, Esq.
Law Office of Paul V. Bennett
133 Defense Highway
Suite 209
Annapolis, Maryland, 21401

and

Mercedeh Momeni, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530