UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL MIANULLI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL, )<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1129(RMC)<br>ECF |

## ORDER

UPON CONSIDERATION of the parties' Motion for an Amended Scheduling Order and their Report Pursuant to Rule 16.3 it is hereby this 28th day of January, 2008

**ORDERED** that:

1.  Fact discovery be completed no later than 90 days after the Court renders a decision on Plaintiff's Motion to Amend Complaint;

2.  That a post-discovery status conference be approximately held one week after the close of discovery, date to be announced;

3.  The deadline for designation of experts shall be 90 days after the close of fact discovery;

4.  That dispositive motions shall be due within thirty days after the close of fact discovery; oppositions and cross motions shall be due within 30 days of any dispositive motions; and replies shall be due within 20 days thereafter.

**SO ORDERED.**

/s/ Rosemary M. Collyer
_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to:

Paul V. Bennett, Esq.
Law Office of Paul V. Bennett
133 Defense Highway
Suite 209
Annapolis, Maryland, 21401

and

Mercedeh Momeni, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530