UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL MIANULLI,            )<br>                          )<br>                          )<br>Plaintiff,                )<br>                          )<br>         v.              )<br>                          )<br>JOHN E. POTTER,           )<br>POSTMASTER GENERAL        )<br>UNITED STATES POSTAL SERVICE, )<br>                          )<br>Defendant.                )<br>                          ) | Civil Action No. 07-1129 (RMC)<br>ECF |

**DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, by and through, undersigned counsel, hereby answers the first amended complaint as follows:

FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

Defendants had legitimate, nondiscriminatory business justifications for all actions.

THIRD DEFENSE

In response to the specific allegations of the complaint, Defendants state as follows:

**JURISDICTION AND VENUE**

1.      The allegations contained in Paragraph 1 constitute Plaintiff's statement in regards to the jurisdiction of this court, which is a conclusion of law to which no response is required.

2.      Admit

3.      Defendant is without sufficient information to form a belief as to the truth of the Plaintiff's statement in Paragraph 3. Therefore, Defendant denies that statement. Also, the statement contained in Paragraph 3 constitutes Plaintiff's conclusion of law to which no response is required.

4.      Defendant denies the statement in the first sentence of paragraph 4 and avers that the United States Postal Service is an independent establishment of the executive branch of the Government of the United States within the meaning of Title 39 United States Code § 203. The Defendant does business within the District of Columbia. The statement contained in the second sentence of Paragraph 4 constitutes Plaintiff's conclusion of law to which no response is required.

5.      The statements contained in Paragraph 5 constitute Plaintiff's conclusions of law to which no response is required and avers that Plaintiff did file a complaint of discrimination with Defendant's Equal Employment Office and eventually appealed to the Equal Employment Opportunity Commission. Defendant is without sufficient information to form a belief as to the truth of the Plaintiff's statement that he received Notice of Right to Sue on or about April 4, 2007.

## FACTS COMMON TO ALL COUNTS

6.      Admit.

7.      Defendant denies the statement in paragraph 7 and avers that the United States Postal Service's purpose and responsibilities are set forth within Title 39 United States Code.

8.      Admit.

9.      Admit

10. Deny.

11. Admit that Mr. Rogers was assigned as the Plaintiff's supervisor on or about February 2004; however, Defendant is without sufficient information and knowledge to form a belief that Mr. Rogers was acting at all times in the course and scope of his employment when he managing the Plaintff.

12. Defendant admits that Plaintiff's work performance was not acceptable but denies the statement in paragraph 12 as to Plaintiff being placed on a "work agreement" as a disciplinary measure and avers that the Plaintiff was placed on a Performance Action Plan to assist him in improving his performance.

13. Deny.

14. Deny.

## COUNT I

### RACE AND COLOR DISCRIMINATION AND HARASSMENT
### Title VII of the Civil Rights Act of 1964
### 42 U.S.C. §§ 2000e et seq.

15. Defendants respond to the statements in paragraph 15 of the Plaintiff's complaint by incorporating Defendants' prior responses to paragraphs 1 through 14 of the Plaintiff's complaint.

16. Defendant denies that anyone was "subjected to a work agreement," and avers that the Plaintiff was the only employee under supervision of Mr. Rogers who was covered by a Performance Action Plan at the relevant times.

17. Deny.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

## COUNT II

### AGE DISCRIMINATION
### Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 et seq.

23. Defendants respond to the statements in paragraph 23 of the Plaintiff's complaint by incorporating Defendants' prior responses to paragraphs 1 through 22 of the Plaintiff's complaint.

24. Admit.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

## COUNT III

### RETALIATION
### Title VII of the Civil Rights Act of 1964
### 42 U.S.C. §§ 2000e et seq.

29. Defendants respond to the statements in paragraph 29 of the Plaintiff's complaint by incorporating Defendants' prior responses to paragraphs 1 through 28 of the Plaintiff's complaint.

30. Defendant is without sufficient information and knowledge to form a belief to either affirm or deny the allegations contained in paragraph 30 of the Plaintiff's First Amended Complaint.

31. Admit.

32. This paragraph contains conclusions of law to which no response is required. To the extent that an answer may be deemed necessary, Defendant denies.

33. Deny.

34. Deny.

35. Deny.

36. Deny.

37. Deny.

38. Deny.

## PRAYER FOR DAMAGES

39. The remainder of the complaint is a demand for judgment and prayer for relief in the Plaintiff's complaint, which requires no answer. To the extent that an answer is deemed required, Defendant denies that the Plaintiff is entitled to the relief requested or any relief whatsoever. Any relief awarded should be limited by 42 U.S.C. Section 2000e-5(g)(2)(B).

Respectfully submitted,

_____/s/_____
Jeffrey A. Taylor (D.C. Bar # 498610)
United States Attorney

_____/s/_____
Rudolph Contreras (D.C. Bar # 434122)
Assistant United States Attorney

_____/s/_____
Mercedeh Momeni
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851

*OF COUNSEL*:
Stephen W. Furgeson
Attorney
United States Postal Service

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February, 2008, I caused to be served, by the Court's Electronic Case Filing System, a true and correct copy of the above *Defendant's Answer to Plaintiff's First Amended Complaint* on counsel of record:

/s/
_____
MERCEDEH MOMENI
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-4851