**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PAUL MIANULLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-1129 (RMC) |
| v. | ) | ECF |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION FOR AN AMENDED SCHEDULING ORDER**

Defendant, by his undersigned attorneys, hereby respectfully moves for an amended scheduling order. The need for the revised order arises from Plaintiff's recently amended complaint, and subsequent events, described below. Good cause exists to grant this motion. *See* Fed. R. Civ. P. 16(b). In support of this motion, defendant says as follows:

1. Plaintiff filed his Motion to Amended Complaint on January 10, 2008, (USDC Pacer Doc. No. 8). In response, defendant requested extension of time to respond via opposition. (USDC Pacer Doc. No. 9). Based upon the belief that full briefing would ensue and the need for additional time for a subsequent ruling on Plaintiff's Motion to Amend, the parties jointly requested a revised scheduling order (USDC Pacer Doc. No. 10).

2. Upon further investigation, defendant has come to understand that it would be appropriate to file an answer to Plaintiff's Amended Complaint, and has done so on this date (USDC Pacer, Doc. No. 12). Accordingly, there is no longer a need for further briefing and a ruling by the Court.

1

    3.  Therefore, after consultation with plaintiff's counsel, the following revisions to the

scheduling order are respectfully requested:

- Fact discovery completed by June 24, 2008;

- Post-discovery status conference to be scheduled approximately one

  week after June 24, 2008, date to be announced, and;

- Designation of experts by the proponent to be made by March 19,

  2008, and by opponent by April 21, 2008.

    WHEREFORE, defendant request that this motion be granted, and that the Court

approve the attached proposed order.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR
D.C. Bar # 488610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS
D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-4851
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL MIANULLI                              )
                                           )
Plaintiff,                                 )
                                           )         Civil Action No. 07-1129 (RMC)
        v.                                 )         ECF
                                           )
JOHN E. POTTER,                            )
POSTMASTER GENERAL,                        )
UNITED STATES POSTAL SERVICE,              )
                                           )
Defendant.                                 )
                                           )

**ORDER**

        UPON CONSIDERATION of the defendant's Consent Motion for an Amended

Scheduling Order and the parties' Report Pursuant to Rule 16.3 it is hereby this _____, day of

_____, 2008 **ORDERED** that:

1.      Fact discovery be completed by June 24, 2008;

2.      That a post-discovery status conference be held on June/July _____ 2008;

3.      The deadline for designation of proponent's experts shall be March 19, 2008, opponent's

experts shall be made on April 21, 2008;

4.      That dispositive motions shall be due within thirty days after the close of fact discovery,

        on July 24; 2008, oppositions and cross motions shall be due within 30 days of any

        dispositive motions, on August 25, 2008; and replies shall be due within 20 days

        thereafter, on September 15, 2008.

**SO ORDERED.**

---

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to:

Paul V. Bennett, Esq.
Law Office of Paul V. Bennett
133 Defense Highway
Suite 209
Annapolis, Maryland, 21401

and

Mercedeh Momeni, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530