UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL MAINULLI, | ) |
|       Plaintiff, | ) ) ) ) Case No.: 07-1129 (RMC) |
| v. | ) ) |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | ) ) ) ) |
|       Defendant. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Sarah E. Moffett as counsel in this case for third party Simmons Bedding Company.

Date:  June 16, 2008          /s/   Sarah E. Moffett
                              Sarah E. Moffett (DC Bar No. 976386)
                              LECLAIRRYAN, A Professional Corporation
                              225 Reinekers Lane, Suite 700
                              Alexandria, Virginia 22314
                              (703) 684-8007
                              (703) 684-8075 (facsimile)
                              Sarah.Moffett@leclairryan.com
                              *Counsel for Simmons Bedding Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice Electronic Filing on this 16th day of June, 2008, upon:

Paul V. Bennett, Esquire
Law Office of Paul V. Bennett, PC
133 Defense Highway
Suite 209
Annapolis, MD 21401
(301) 261-8161
bennlaw@aol.com
*Counsel for Plaintiff Paul Mianulli*

Mercedeh Momeni, Esquire
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 305-4851
mercedeh.momeni@usdoj.gov
*Counsel for Defendant John E. Potter, Postmaster General, USPS*

                                              /s/ Sarah E. Moffett
                                              Sarah E. Moffett