| | | |
|---|---|---|
| PAUL MIANULLI, | * | IN THE |
| Plaintiff | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| JOHN E. POTTER,<br> POSTMASTER GENERAL,<br> UNITED STATES POSTAL SERVICE | * | FOR THE |
| | * | DISTRICT OF COLUMBIA |
| | * | Case No.: 07-1129 (RMC) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUPPLEMENTAL DISCLOSURES REQUIRED BY RULE 26(a)1

Plaintiff, Paul Mianulli, by and through his attorneys, Paul V. Bennett, Esq. and the Law Office of Paul V. Bennett, P.C., hereby supplements his Initial Disclosures as required by Rule 26(a)1 of the Federal Rules of Civil Procedure. Plaintiff still reserves the right to supplement these disclosures as additional information is discovered.

 A. In addition to the Plaintiff, the following witnesses will be called upon to support Plaintiff's claims of discrimination, retaliation, and the damages claimed:

  1. Edmundo Minano, 5007 Odessa Road, College Park, Maryland 20740, Tel: 301-345-2388, is expected to testify to Mr. Sam Rogers disparaging treatment of Plaintiff compared to the other employees, as well as reasons for Plaintiff's termination.

  2. Sharon McCormack, 4021 College Avenue, Ellicott City, Maryland 21043, Tel: 410-465-1451, will testify as to Plaintiff's mental anguish and emotional distress.

_____/s/_____
Paul V. Bennett, Esq. (Fed. Bar 10324)
Law Office of Paul V. Bennett, P.C.
133 Defense Hwy., Suite 209
Annapolis, Maryland 21401
410-974-6000

Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 19th day of June, 2008, a copy of the foregoing Plaintiff's Supplemental Disclosures pursuant to Fed. Rules of Civil Procedure 26(a)1 was emailed to:

Mercedeh Momeni, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530
Email: mercedeh.momeni@usdoj.gov

*Attorney for Defendant*

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Paul V. Bennett, Esq.