# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL MIANULLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1129 (RMC) |
| v. ) | ECF |
| ) | |
| JOHN E. POTTER, ) | |
| POSTMASTER GENERAL, ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Defendant, by his undersigned attorneys, hereby respectfully moves for a thirty-day extension of time to complete discovery, through and including July 24, 2008. Good cause exists to grant this motion.

1. Per the Court's Order of February 15, 2008, fact discovery must be completed by June 24, 2008.

2. The parties have been working diligently to complete discovery in a timely manner. Specifically, to date, five depositions have been taken and plaintiff's independent medical examination has been completed. An additional deposition is scheduled for this Saturday, June 21, 2008. Further, written discovery has been propounded and answered by both parties. However, Defendant requires additional time to complete discovery in order to depose two additional witnesses and to provide Plaintiff with certain documents. It should be noted that one of the foregoing witness's affidavit was received by Defendant's counsel only yesterday, June 18, 2008.

1

3. Defendant therefore requests thirty additional days to complete discovery.

4. This is Defendant's first request to extend discovery.

5. Pursuant to Local Rule 7(m), the parties have conferred and Plaintiff's counsel has graciously consented to this extension.

WHEREFORE, Defendant requests that this enlargement be granted, and that the fact discovery completion date be extended to July 24, 2008. A minute order is requested.

Dated June 19, 2008.

                          Respectfully submitted,

                          /s/ *Jeffrey A. Taylor*
                          _____
                          JEFFREY A. TAYLOR D.C. BAR # 498610
                          United States Attorney

                          /s/ *Rudolph Contreras*
                          _____
                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                          Assistant United States Attorney

                          /s/ *Mercedeh Momeni*
                          _____
                          MERCEDEH MOMENI
                          Assistant United States Attorney
                          Civil Division
                          555 4th Street, N.W.
                          Washington, D.C.  20530
                          (202) 305-4851

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of June 2008, I caused to be served, a true and correct copy of the above Defendant's Motion to Extend, upon parties of record via the Court's ECF system.

/s/ *Mercedeh Momeni*
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C.  20530
(202) 305-4851
(202) 514-8780 (facsimile)